**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

JOHN KYLE SWEENEY, et. al.      :      2:19-cv-46-WOB-CJS

v.      :

JUSTIN CRIGLER, et. al.      :

**PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER WITH DECLARATIONS OF CRISTI KENDRICK AND JOHN HICKS IN SUPPORT**

Plaintiffs, by and through Counsel, move this Court for an order granting their motion for Preliminary Injunction and/or Temporary Restraining Order. In support are the Declarations of Cristi Kendrick and John Hicks, and certified copies of 2019 HB 114 and 2019 SB 60. A memorandum in support, and proposed order are also attached.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/Thomas Bruns_____
Thomas Bruns (KBA 84985)
4750 Ashwood Drive, STE 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
513-312-9890

/s/Robert A. Winter, Jr. _____
Robert A. Winter, Jr. (KBA #78230)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337

robertawinterjr@gmail.com

**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that I have sent a copy of the foregoing to all counsel of record via filing in the Court's CM/ECF system, which provides notice and service of same to each party of record, this  6   day of May, 2019, and have further sent a copy of same to Hon. Jennifer Scutchfield by electronic mail, who contacted the undersigned and indicated she represented the State Board of Elections Defendants.

/s/ Christopher Wiest
Christopher Wiest (KBA 90725)