IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION – AT COVINGTON

Eastern District of Kentucky
F I L E D
MAY - 8 2019
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

JOHN KYLE SWEENEY, CHRISTI )
KENDRICK, THE LIBERTARIAN PARTY )
OF KENTUCKY, JOHN HICKS, ANN )
CORMICAN, KYLE HUGENBERG, AND )
JOSHUA GILPIN )
)
    Plaintiffs, )
)
v. )    Civil Action No. 2:19-cv-00046
)
HON. JUSTIN CRIGLER, in his official )    Judge William O. Bertelsman
capacity as Boone County Clerk and Chair of )
the Boone County Board of Elections, HON. )
MICHAEL HELMIG, in his official capacity as )
Boone County Sheriff and Member of the Boone )
County Board of Elections, MARILYN )
HOWARD, in her official capacity as Member )
Boone County Board of Elections, EMILY )
SHELTON, in her official capacity as Member )
Boone County Board of Elections, ALISON )
LUNDERGAN GRIMES, SECRETARY OF )
STATE OF THE COMMONWEALTH )
OF KENTUCKY, in her official capacity as )
Secretary of State and Chair of the State Board )
of Elections, DAVID L. OSBORNE, MEMBER )
STATE BOARD OF ELECTIONS in his official )
capacity, KATRINA FITZGERALD, MEMBER )
STATE BOARD OF ELECTIONS, in her )
official capacity, JOSHUA GIVENS )
BRANSCUM, MEMBER STATE BOARD OF )
ELECTIONS, in her official capacity, ALBERT )
B. CHANDLER, III, MEMBER STATE )
BOARD OF ELECTIONS, in his official )
capacity, SHERRY RENE WHITEHOUSE, )
MEMBER STATE BOARD OF ELECTIONS, )
in his official capacity, GEORGE RUSSELL, )
MEMBER STATE BOARD OF ELECTIONS, )
in his official capacity, DEANNA BRANGERS )
in her official capacity, DWIGHT SEARS in his )
official capacity, AND JARED DEARING, )
EXECUTIVE DIRECTOR, KENTUCKY )

| | |
|---|---|
| **STATE BOARD OF ELECTIONS, in his official capacity.** | ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Albert B Chandler, III, Sherry Whitehouse, George Russell, Katrina Fitzgerald, DeAnna Bangers, Joshua G. Branscum, Dwight Sears, and David Osborne, all in their official capacity as members of the Kentucky State Board of Elections, by counsel, submit this Motion to Dismiss Plaintiffs' Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). A memorandum of law and proposed order are tendered with this motion.

Respectfully submitted,

/s/ Jennifer Scutchfield

State Board of Elections
140 Walnut Street
Frankfort, Kentucky 40601-3240
Office: (502) 782-9499
Jennifer.Scutchfield@ky.gov
*Counsel for Defendants, Albert B Chandler, III,
Sherry Whitehouse, George Russell,
Katrina Fitzgerald, DeAnna Bangers,
Joshua G. Branscum, Dwight Sears, and
David Osborne*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019 a copy of this Motion, Memorandum in Support, and Proposed Order were filed through the Court's ECF system and were served to counsel for all parties via the Court's ECF notification system, or as otherwise indicated below, as follows:

Christopher Wiest
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, Kentucky 41017
chris@cwiestlaw.com
*Counsel for Plaintiffs*

Jon Salomon
101 S. Fifth St., Suite 3600
PNC Tower
Louisville, Kentucky 40202
Jsalomon@tachaulaw.com
*Counsel for Secretary Grimes*

2

Thomas Bruns
4750 Ashwood Drive, Suite 200
Cincinnati, Ohio 45241
tbruns@bcvalaw.com
*Counsel for Plaintiffs*

Carmine G. Iaccarino
Jared L. Downs
Public Protection Cabinet
Office of Legal Services
656 Chamberlin Avenue, Suite B
Frankfort, Kentucky 40601
Office: (502) 564-7760
Facsimile: (502) 564-3969
Carmine.Iaccarino@ky.gov
Jared.Downs@ky.gov

*Counsel for Defendants Jared Dearing, in his official capacity as Executive Director, Kentucky State Board of Elections*

Robert Neace
Boone County Attorney
2970 Union Square
P.O. Box 83
Burlington, Kentucky 41005
*Counsel for Hon. Justin Crigler, Hon. Michael Helmig, Marilyn Howard, and Emily Shelton, in their official capacities*

Robert A. Winter, Jr.
P.O. Box 175883
Fort Mitchell, Kentucky 41017-5883
robertawinterjr@gmail.com
*Counsel for Plaintiffs*

_____
Co*u*nsel *for* Defendants, Counsel for Defendants, *Albert B Chandler, III, Sherry Whitehouse, George Russell, Katrina Fitzgerald, DeAnna Bangers, Joshua G. Branscum, Dwight Sears, and David Osborne*