IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION – AT COVINGTON

*Electronically Filed*

| | | |
|---|---|---|
| JOHN KYLE SWEENEY, CHRISTI KENDRICK, THE LIBERTARIAN PARTY OF KENTUCKY, JOHN HICKS, ANN CORMICAN, KYLE HUGENBERG, AND JOSHUA GILPIN | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:19-cv-00046 |
| HON. JUSTIN CRIGLER, in his official capacity as Boone County Clerk and Chair of the Boone County Board of Elections, HON. MICHAEL HELMIG, in his official capacity as Boone County Sheriff and Member of the Boone County Board of Elections, MARILYN HOWARD, in her official capacity as Member Boone County Board of Elections, EMILY SHELTON, in her official capacity as Member Boone County Board of Elections, ALISON LUNDERGAN GRIMES, SECRETARY OF STATE OF THE COMMONWEALTH OF KENTUCKY, in her official capacity as Secretary of State and Chair of the State Board of Elections, DAVID L. OSBORNE, MEMBER STATE BOARD OF ELECTIONS in his official capacity, KATRINA FITZGERALD, MEMBER STATE BOARD OF ELECTIONS, in her official capacity, JOSHUA GIVENS BRANSCUM, MEMBER STATE BOARD OF ELECTIONS, in her official capacity, ALBERT B. CHANDLER, III, MEMBER STATE BOARD OF ELECTIONS, in his official capacity, SHERRY RENE WHITEHOUSE, MEMBER STATE BOARD OF ELECTIONS, in his official capacity, GEORGE RUSSELL, MEMBER STATE BOARD OF ELECTIONS, in his official capacity, DEANNA BRANGERS in her official capacity, DWIGHT SEARS in his official capacity, AND JARED DEARING, EXECUTIVE DIRECTOR, KENTUCKY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge William O. Bertelsman |

| | |
|---|---|
| **STATE BOARD OF ELECTIONS, in his official capacity.** | ) ) ) |
| **Defendants.** | ) ) ) |

**DEFENDANT JARED DEARING'S RESPONSE TO PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RETRAINING ORDER WITH DECLARATIONS OF CRISTI KENDRICK AND JOHN HICKS IN SUPPORT**

Defendant Jared Dearing ("Dearing"), in his official capacity as Executive Director of the Kentucky State Board of Elections, by counsel, states as follows for his Response to Plaintiffs' Emergency Motion for Preliminary injunction and/or Temporary Restraining Order with Declarations of Cristi Kendrick and John Hicks in Support ("Plaintiffs' Motion"):

Plaintiffs' Motion is directed exclusively at Secretary of State Alison Lundergan Grimes's ("Secretary Grimes") behavior in rejecting and refusing to process Plaintiffs' Statement of Candidacy forms. Plaintiffs make no allegations against Dearing. Neither do they ask the Court to compel or prohibit Dearing from taking any action. Instead, Plaintiffs ask the Court to order Secretary Grimes to "process the statements of candidacy that were filed by Plaintiffs," and "process the certificates of nomination and filing fees . . . and place Plaintiffs that make this filing on the General Election Ballot." [R. 13.6] Dearing therefore takes no position regarding Plaintiffs' Motion to the extent it seeks the relief set out in its proposed order. However, Dearing notes that if House Bill 114 or Senate Bill 60 are ultimately found to be unconstitutional as far as any Plaintiffs' right to ballot access rights are concerned, the remaining provisions of those acts are unaffected. *See* KRS 446.090.

To the extent Plaintiffs seek a determination on any other issue, including the constitutionality of 2019 House Bill 114 or 2019 Senate Bill 60, Dearing incorporates by

reference his Motion to Dismiss [R. 14] and Memorandum of Law in Support of Motion to Dismiss [R. 14.1] as if set forth fully herein.  Fed. R. Civ. P. 10(3).  Dearing reserves all arguments on these and all other issues to be made in support of his Motion to Dismiss [R.14] and the Motion for Summary Judgment that Plaintiffs allude to in their motion.

>Respectfully submitted,
>
>*/s/ Carmine G. Iaccarino*
>Carmine G. Iaccarino
>Jared L. Downs
>Public Protection Cabinet
>Office of Legal Services
>656 Chamberlin Avenue, Suite B
>Frankfort, Kentucky  40601
>Office:  (502) 564-7760
>Facsimile: (502) 564-3969
>Carmine.Iaccarino@ky.gov
>Jared.Downs@ky.gov
>
>*Counsel for Defendants Jared Dearing, in his official capacity as Executive Director, Kentucky State Board of Elections*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019 a copy of this Motion, Memorandum in Support, and Proposed Order were filed through the Court's ECF system and were served to counsel for all parties via the Court's ECF notification system, or as otherwise indicated below, as follows:

Christopher Wiest
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, Kentucky 41017
chris@cwiestlaw.com
*Counsel for Plaintiffs*

Jon Salomon
101 S. Fifth St., Suite 3600
PNC Tower
Louisville, Kentucky 40202
Jsalomon@tachaulaw.com
*Counsel for Secretary Grimes*

Thomas Bruns
4750 Ashwood Drive, Suite 200
Cincinnati, Ohio 45241
tbruns@bcvalaw.com
*Counsel for Plaintiffs*

Robert Neace
Boone County Attorney
2970 Union Square
P.O. Box 83
Burlington, Kentucky 41005

|  |  |
|---|---|
| | *Counsel for Hon. Justin Crigler, Hon. Michael Helmig, Marilyn Howard, and Emily Shelton, in their official capacities* |
| Jennifer S. Scutchfield<br>State Board of Elections<br>140 Walnut Street<br>Frankfort, Kentucky 40601-3240<br>Office: (502) 782-9499<br>Jennifer.Scutchfield@ky.gov<br>*Counsel for Defendants, Albert B Chandler, III, Sherry Whitehouse, George Russell, Katrina Fitzgerald, DeAnna Bangers, Joshua G. Branscum, Dwight Sears, and David Osborne*<br>*Via email* | Robert A. Winter, Jr.<br>P.O. Box 175883<br>Fort Mitchell, Kentucky 41017-5883<br>robertawinterjr@gmail.com<br>*Counsel for Plaintiffs* |

*/s/ Carmine G. Iaccarino*
*Counsel for Defendants Jared Dearing, in his official capacity as Executive Director, Kentucky State Board of Elections*

4