IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
**F I L E D**
MAY -9 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

JOHN KYLE SWEENEY, et. al.      :      2:19-cv-46-WOB-CJS

v.      :

JUSTIN CRIGLER, et. al.      :

### ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

This matter comes on Plaintiffs' Emergency Motion for Preliminary Injunction. The Court, being fully apprised, finds that said motion is WELL TAKEN and is GRANTED.

Defendants are hereby preliminarily enjoined as follows:

1. Defendants shall process the statements of candidacy that were filed by Plaintiffs on or before April 1, 2019, for the 2019 election cycle;

2. Defendants shall likewise process the certificates of nomination and filing fees of Plaintiffs that are filed on or before June 4, 2019, for the 2019 election cycle, and place Plaintiffs that make this filing on the General Election Ballot (or, to the extent this order is entered within ten days of the June 4, 2019 deadline or after that deadline, Defendants shall accept and process such filings made within ten days of this order);

3. Pursuant to FRCP 65, this Preliminary Injunction shall be binding upon the official capacity Defendants, and their officers, agents, servants, employees, and attorneys, and on other persons who are in active concert or participation with anyone described in FRCP 65(d)(2)(A) or (B); and

4. This is a final order under FRCP 54(b), and there is no just reason for delay.

IT IS SO ORDERED:

*/s/ William C. Bertelsman*
Judge Bertelsman

5-8-19 at 9:35 A.M.