**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Northern Division at Covington**

| | | |
|---|---|---|
| **John Kyle Sweeney, et. al.** | : | Case No. 2:19-cv-46-WOB |
| **Plaintiffs** | : | |
| v. | : | |
| **Justin Crigler, et. al.** | : | |
| **Defendants** | : | |

## AGREED ORDER REGARDING BRIEF EXTENSION TO SUBMIT PROPOSED SCHEDULING ORDER

The Defendants, and their Counsel, have been busy undertaking activities around the state in connection with the primary election to be held on Tuesday May 21, 2019. Defendants therefore request a short extension to submit an agreed proposed scheduling order on or before May 24, 2019 (a couple days after that primary), and Plaintiffs have no objection to same.

Therefore, by agreement of the parties, the parties shall submit a proposed scheduling order on or before May 24, 2019.

IT IS SO ORDERED:

_____
Judge Bertelsman


Agreed:

/s/Christopher Wiest                    /s/Jon Salomon_____
Counsel for Plaintiffs                  Counsel for Secretary Grimes

/s/Jennifer Scutchfield                 /s/Carmine G. Iaccarino
Counsel for State Board Defendants      Counsel for Defendant Jared Dearing

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel or parties of court, by filing same in the Court's CM/ECF system, this 17 day of May, 2019.

/s/Christopher Wiest
Counsel for Plaintiffs