## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### Northern Division at Covington

| | | |
|---|---|---|
| **John Kyle Sweeney, et. al.** | : | Case No. 2:19-cv-46-WOB |
| **Plaintiffs** | : | |
| v. | : | |
| **Justin Crigler, et. al.** | : | |
| **Defendants** | : | |

### MEMORANDUM IN OPPOSITION TO THE BOARD DEFENDANTS MOTION TO DISMISS

In an effort to reduce the burden on the Court and its staff, Plaintiffs reincorporate, as their response to the Board Defendant's Motion to Dismiss [RE#21], Plaintiff's response to Defendant Dearing's Motion to Dismiss, and restate it in its entirety, filed at [RE#19]. The arguments and issues are the same exact issues, facts, and arguments raised by Defendant Dearing, and thus the Response to Defendant Dearing's motion [RE#19] is fully applicable to that of the Board.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859-486-6850 (v)
513-257-1895 (c)
859-495-0803 (f)
chris@cwiestlaw.com

/s/ Robert A. Winter, Jr._____
Robert A. Winter, Jr. (KBA 78230)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
859-250-3337
robertawinterjr@gmail.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel or parties of court, by filing same in the Court's CM/ECF system, this 17 day of May, 2019.

/s/Christopher Wiest
Counsel for Plaintiffs