```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF KENTUCKY
                NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2:19-00046 (WOB-CJS)

JOHN KYLE SWEENEY,
ET AL.                                                    PLAINTIFFS

VS.
                              ORDER

JUSTIN CRIGLER,
ET AL.                                                    DEFENDANTS

This matter came before the Court for a hearing on the parties' motions for summary judgment (Docs. 56, 57, 58) on Thursday, January 9, 2020. Christopher Wiest represented the plaintiffs. Jonathan Salomon represented defendant Alison Lundergan Grimes. Carmine Iaccarino represented defendant Katrina Fitzgerald. Also present were plaintiff Christy Kendrick and Lex Hannan. Official court reporter Joan Averdick recorded the proceedings.

Having heard the parties, and being sufficiently advised,

**IT IS ORDERED** that the parties' motions are **TAKEN UNDER SUBMISSION** and a Memorandum Opinion and Order and Permanent Injunction will follow promptly.

This 10th day of January 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

TIC: 25 min.