**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Northern Division at Covington**

| | | |
|---|---|---|
| **John Kyle Sweeney, et. al.** | : | Case No. 2:19-cv-46-WOB |
| **Plaintiffs** | : | |
| v. | : | |
| **Justin Crigler, et. al.** | : | |
| **Defendants** | : | |

### PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

The Plaintiffs move for an award of attorneys' fees and costs and expenses under 42 U.S.C. § 1988, 52 U.S.C. § 10310(e), and FRCP 26(b)(4)(E), in the above captioned matter, against the Secretary of State and Katrina Fitzgerald, in their official capacities.[1]  This request is supported by the attached Declarations of Thomas Bruns, Robert A. Winter, Jr., Christopher Wiest, and Jason Kuhlman, Esq., with supporting documentation.  The requested fees and costs are through February 7, 2020.

                                                Respectfully submitted,

                                                /s/ Christopher Wiest_____
                                                Christopher Wiest (KBA 90725)
                                                Chris Wiest, Atty at Law, PLLC
                                                25 Town Center Blvd, Suite 104
                                                Crestview Hills, KY 41017
                                                859/486-6850 (v)
                                                513/257-1895 (c)
                                                859/495-0803 (f)
                                                chris@cwiestlaw.com

---

[1] Such fees are not sought, pursuant to consent orders, against the State Board Defendants other than Ms. Fitzgerald, nor against the County Defendants, in accordance with the consent orders reached by those parties.  [RE#10; RE#34].

/s/ Thomas B. Bruns\
Thomas B. Bruns (KBA 84985)\
Bruns, Connell, Vollmer, Armstrong\
**4750 Ashwood Dr., Ste. 200**\
**Cincinnati, OH 45241**\
**513-326-0274 (v)**\
tbruns@bcvalaw.com

/s/ Robert A. Winter, Jr.\
Robert A. Winter, Jr. (KBA 78230)\
P.O. Box 175883\
Fort Mitchell, KY 41017-5883\
859-250-3337\
robertawinterjr@gmail.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon Counsel for the Defendants, by filing of same in the Court's CM/ECF system, this 21 day of February, 2020.

/s/ Christopher Wiest\
Christopher Wiest (KBA 90725)