UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2019-46 (WOB-CJS)

JOHN KYLE SWEENEY, ET AL                       PLAINTIFFS

VS.                      ORDER

JUSTIN CRIGLER, ET AL                       DEFENDANTS

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 88), and there being no objections filed thereto, and the Court being advised,

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. 88) be, and it is, hereby adopted as the findings of fact and conclusions of law of the court; that plaintiffs' motion for attorney fees and costs (Doc. 82) is **GRANTED IN PART** and that Plaintiffs are awarded $122,072.50 as a reasonable fee and $3,296.21 in costs, for a total of $125,368.71.

This 30th day of November, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge